IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA RAE O'KEEFE, | No. 2:14-cv-0792-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil action. This action was removed to this court on March 27, 2014, from the Shasta County Superior Court. Pending before the court is defendants' motion to dismiss (Doc. 10). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for May 7, 2014, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: April 25, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1