UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA RAE O'KEEFE<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | No.  2:14-cv-0792-MCE-CMK<br><br><br><br>**ORDER** |

  Plaintiffs, proceeding pro se, bring this civil action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

  On January 6, 2015, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1.  The findings and recommendations filed January 6, 2015, are adopted in full;

/ / /

/ / /

1

2. This defendants' motion to dismiss (Doc. 10) is granted, with leave to file an amended complaint against Officer Somovia;

3. The claims against defendant California Highway Patrol under 42 U.S.C. § 1983 are dismissed without leave to amend;

4. Plaintiff shall file an amended complaint within 30 days of the date of this order; and

5. Failure to file an amended complaint within the time provided may be grounds for dismissal of this action in its entirety.

Dated: February 12, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT